IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00831-BNB

DAVID H. LYNCH,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 27, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00831-BNB

David H. Lynch
7874 S. Windermere Circle
Littleton, CO 80120

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/27/8

                          GREGORY C. LANGHAM, CLERK

                        By: _____
                                  Deputy Clerk