IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00831-CMA-BNB

DAVID H. LYNCH,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General

Defendant.

---

**MINUTE ORDER**
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Motion to Delete Phone Number** [docket no. 25, filed November 24, 2008] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to remove plaintiff's phone number. The plaintiff is, however, obligated to advise the court as soon as he retains another telephone number.


DATED: November 24, 2008