IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 08-cv-00831-MJW-BNB**

DAVID H. LYNCH,

Plaintiff(s),

v.

JOHN E. POTTER, Postmaster General,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on November 24, 2008, by Judge Christine M. Arguello.

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that the **General Order of Reference to United States Magistrate Judge (Including Dispositive Motions)**, entered by Chief Judge Nottingham on July 8, 2008, is **VACATED**.

    IT IS FURTHER ORDERED that a Final Pretrial Conference is set before Magistrate Judge Michael J. Watanabe on June 18, 2009, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Final Pretrial Conference date.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

    The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 18th Day of December, 2008.

BY THE COURT:


s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge