IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00831-MJW-BNB

DAVID H. LYNCH,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that plaintiff's Motion for Reconsideration and extention [sic] of time (Docket No. 41) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(A) (duty to confer) and 5.1(F) (certificate of service). The court further notes that plaintiff has not specified what deadline he is seeking to have extended.

Date: June 2, 2009